# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **HALEY ADAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action No: 3:20-cv-00742 |
| v. : | |
| : | |
| **HYMAN BROS. OF MIDLOTHIAN, INC.** : | |
| : | |
| **Defendant.** : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties hereby stipulate to the dismissal of this action, with prejudice. The parties stipulate to the Court's retaining jurisdiction over this matter to the extent needed for settlement enforcement purposes.

Respectfully submitted,

| **HALEY ADAMS** | **HYMAN BROS OF MIDLOTHIAN, INC.** |
|---|---|
| */s/ James H. Shoemaker, Jr.* | */s/ Tina M. Maiolo* |
| James H. Shoemaker, Jr. | Tina M. Maiolo, VSB No. 40512 |
| VSB No. 33148 | Kimberly C. Ohanuka |
| Patten, Wornom, Hatten & Diamonstein, LC | *(Pro hac vice)* |
| 12350 Jefferson Avenue, Suite 300 | CARR MALONEY PC |
| Newport News, Virginia 23602 | 2020 K Street NW |
| jshoemaker@pwhd.com | Suite 850 |
| | Washington, DC 20006 |
| | Phone: 202-310-5585 |
| | Facsimile: 202-310-5555 |
| | tina.maiolo@carrmaloney.com |
| | Kimberly.ohanuka@carrmaloney.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2021, I caused a true and correct copy of the foregoing *Stipulation of Dismissal* to be filed and served via the Court's Electronic Case Filing/Notification System upon all counsel of record.

>*/s/ James H. Shoemaker, Jr.*
>James H. Shoemaker, Jr.
>VSB No. 33148
>Patten, Wornom, Hatten & Diamonstein, LC
>12350 Jefferson Avenue, Suite 300
>Newport News, Virginia 23602
>jshoemaker@pwhd.com